## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KENNETH HARRISON, and SUSAN
HARRISON,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA, et al.,

*Defendants.*

Civil Action No. 15-6756

ORDER

**THIS MATTER** having been opened by the Court upon the filing of Kenneth Harrison and Susan Harrison's (together, "Plaintiffs") Complaint on September 9, 2015, ECF No. 1; and it appearing that the Honorable Michael A. Hammer issued a Report and Recommendation dated December 28, 2017, in which Judge Hammer recommended that Plaintiff's Complaint be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), ECF No. 30;

and it appearing that neither Defendant nor Plaintiffs has filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 10 day of May, 2018;

**ORDERED** that Judge Hammer's Report and Recommendation dated December 28, 2018, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

*/s Madeline Cox Arleo*
**HON. MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**